1  THOMAS M. KERR (SBN 241530)
   Holme Roberts & Owen LLP
2  560 Mission Street, Suite 2500
   San Francisco, CA 94105
3  Phone: (415) 268-2000
   Fax: (415) 268-1999
4
   Attorney for Plaintiffs
5  INTERSCOPE RECORDS; UMG RECORDINGS,
   INC.; SONY BMG MUSIC ENTERTAINMENT;
6  and ARISTA RECORDS LLC

7

8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                  SAN FRANCISCO DIVISION

10

| | |
|---|---|
| INTERSCOPE RECORDS, a California general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>              Plaintiffs,<br><br>   vs.<br><br>KEVIN CHEUNG,<br><br>              Defendant. | Case No.: C06-3460 MMC<br><br>Honorable Maxine M. Chesney<br><br>***EX PARTE* APPLICATION TO VACATE CASE MANAGEMENT CONFERENCE** ; ORDER THEREON |

*EX PARTE* APPLICATION
CASE NO. C06-3460 MMC
#23887 v1

Plaintiffs hereby request that this Court vacate the Case Management Conference scheduled for September 8, 2006 at 2:45 p.m.  The parties have settled this matter and have filed a stipulation to judgment and proposed judgment along with this application.

Dated:  August 30, 2006

Respectfully submitted,

THOMAS M. KERR
HOLME ROBERTS & OWEN LLP


By: _____/s/ Thomas Kerr_____
Thomas Kerr
Attorney for Plaintiffs
PRIORITY RECORDS LLC; UMG RECORDINGS, INC.; WARNER BROS. RECORDS INC.; SONY BMG MUSIC ENTERTAINMENT; ATLANTIC RECORDING CORPORATION; and ARISTA RECORDS LLC

**ORDER**

It is hereby ordered that the case management conference previously scheduled for September 8, 2006 is vacated.
    Plaintiff is hereby ordered to serve defendant, no later than September 5, 2006, with a copy of this order.

Dated: September 1, 2006

_____
Honorable Maxine M. Chesney
United States District Judge

[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION
CASE NO. C06-3460 MMC

1

#23887 v1